UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION


DAWN BOLOGNA,

        Plaintiff,        Case no. 07-13233
                                Honorable John Corbett O'Meara

v.


COMMISSIONER OF SOCIAL
SECURITY,

        Defendant,

_____/

## ORDER ADOPTING MAGISTRATE JUDGE SCHEER'S
## REPORT AND RECOMMENDATION

        The Court, pursuant to 72(b) of the Federal Rules of Civil Procedure, 28 U. S. C.

636(b)(1)(B), and LR 72.1(b)(3), has reviewed the Magistrate Judge's report and

recommendation, filed March 26, 2008, as well as the objection and response filed by the parties,

and upon review;

        **IT IS HEREBY ORDERED** that the report and recommendation is **ADOPTED**.




                        s/John Corbett O'Meara
                        United States District Judge



Date: April 28, 2008

I hereby certify that a copy of the foregoing document was served upon the parties of record on this date, April 28, 2008, by electronic and/or ordinary mail.


s/William Barkholz

Case Manager